# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| JAY YUNIK, | : | No. 10 WAP 2015 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court dated March 24, |
| | : | 2015 at No. 685 M.D. 2014. |
| v. | : | |
| | : | |
| | : | |
| | : | |
| JOHN E. WETZEL, DEPARTMENT OF | : | |
| CORRECTIONS, EMPLOYEE'S, | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 3rd day of June, 2015, the Notice of Appeal is hereby **QUASHED**.